# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 1, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

139833 (72)(73)(74)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JOHN VINCENT JONES,
      Defendant-Appellant.

_____

SC: 139833
COA: 284670
Wayne CC: 96-004431-2

      On order of the Chief Justice, defendant-appellant's several motions and supplemental requests for extension of the time for filing his supplemental brief are considered. It appearing that the Court directed oral argument on this case by order of April 30, 2010 and that no brief has yet been filed, the motions are denied.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 1, 2010

_____
Clerk